# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Sergio Chavez,<br>a.k.a.: Carlos Chavez,<br>a.k.a.: Chavez Morales, Sergio,<br>a.k.a.: Sergio Chavez-Nis,<br>(A205 418 919)<br>*Defendant* | ) ) ) ) ) ) )  Case No.  17-577 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 18, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Sergio Chavez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about August 8, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: SAUSA Brett A. Day

☒ Continued on the attached sheet.

_____
Complainant's signature

Richard G. Prunty,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 17, 2017

_____
Judge's signature

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Richard G. Prunty, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 18, 2017, Sergio Chavez was booked into the Maricopa County Jail (MCJ) intake facility by the Surprise Police Department on local charges. While incarcerated at the MCJ, Chavez was examined by ICE Officer R. Moulton who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 16, 2017, Chavez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Chavez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Sergio Chavez to be a citizen of Mexico and a previously deported criminal alien. Chavez was removed from the United States to

1

Mexico at or near El Paso, Texas, on or about August 8, 2013, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Chavez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Chavez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Sergio Chavez was convicted of Possession of Narcotic Drugs for Sale, a felony offense, on April 17, 2012, in the Superior Court of Arizona, Maricopa County. Chavez was sentenced to six (6) months' incarceration and two (2) years' probation. Chavez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 16, 2017, Sergio Chavez was advised of his constitutional rights. Chavez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 18, 2017, Sergio Chavez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near El Paso, Texas, on or about August 8, 2013, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Richard G. Prunty,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 17th day of November, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge

3